```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br>Sukhwinder Singh,<br><br>          Defendant. | Case No. **2:11-cv-01418-WBS-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date: April 5, 2012

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE